**Opinion filed May 11, 2023**



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00348-CR

_____

### PABLO ELIGIO PALACIOS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 35th District Court**
**Brown County, Texas**
**Trial Court Cause No. CR25219**

## M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss this appeal. In his motion, Appellant requests that his notice of appeal be withdrawn and that this appeal be dismissed. The motion is signed by both Appellant and Appellant's counsel in compliance with Rule 42.2 of the Texas Rules of Appellate Procedure.

We grant Appellant's motion and dismiss this appeal.

May 11, 2023                                                        PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.